

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00391-CR

**HEATH HORACIO BEASLEY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 440th District Court
### Coryell County, Texas
### Trial Court No. 18-24798

## O R D E R

On our own motion, to expedite this matter, we implement Rule 2 of the Texas Rules of Appellate Procedure to suspend the operation of Rule 39.8 of the Texas Rules of Appellate Procedure requiring a notice from the Clerk of this Court at least twenty-one days in advance of submission of the cause. *See* TEX. R. APP. P. 2, 39.8.

Accordingly, the above referenced appeal has been set for submission without oral argument on Friday, May 28, 2021. The panel consists of Chief Justice Gray, Justice Neill, and Justice Johnson.

PER CURIAM

Before Chief Justice Gray,
     Justice Neill, and
     Justice Johnson
Order issued and filed May 28, 2021
RWR

